Label Matrix for local noticing
0208-7
Case 09-23665-rdd
Southern District of New York
White Plains
Mon Sep 14 14:41:32 EDT 2009

HRH Construction LLC
50 Main Street, 15th Floor
White Plains, NY 10606-1901

National Interiors, Inc.
145 Palisade Street
Dobbs Ferry, NY 10522-1617

White Plains Division
300 Quarropas Street
White Plains, NY 10601-4140

27 PARK PLACE ASSOCIATES, INC.
C/O GEORGE BUTSIKARIS REALTY INC
9210 4TH AVENUE
BROOKLYN, NY 11209-6305

4DIGITAL CORPORATION
INNOVATIVETECHNOLOGIES
38 WEST 21ST STREET  5TH FLOOR
NEW YORK, NY 10010-6906

A PORCEL
286 RIDER AVENUE
BRONX, NY 10451-6017

AC PHOTO
44 CENTRAL SQUARE
LINWOOD, NJ 08221-2025

ACC NY, INC.
2 DORABO CIRCLE
HAPPAGUE, NY 11778

ACME ARCHITECTURAL PROD.
251 LOMBARDY STREET
BROOKLYN, NY 11222-5516

ACTION CHUTES, INC.
1214 ROUTE 52
CARMEL, NY 10512-4568

ACTION CONSULTANTS LTD.
54 ACAPULCO ST.
ATLANTIC BEACH, NY 11509-1101

ACTIVE FIRE SPRINKLER CORP.
BROOKLYN NAVY YARD
63 FLUSHING AVE. UNIT 216
BROOKLYN, NY 11205-1073

ACTIVE GLASS CORP.
4305 THIRD AVE
BRONX, NY 10457-4599

ADVANTAGE REPROGRAPHICS, LLC
115 WEST 45TH STREET
2ND FLOOR
NEW YORK, NY 10036-4005

AF NEW YORK
22 WEST 21ST STREET
NEW YORK, NY 10010-6904

AIR FLEX CORP.
965 CONKLIN AVENUE
E. FARMINGDALE, NY 11735-2412

ALLSTATE INTERIOR DEMOLITION
242 RANDOLPH STREET
BROOKLYN, NY 11237-1315

ALMAR PLUMBING & HEATING CORP.
50 BETHPAGE ROAD
HICKSVILLE, NY 11801-1535

AMERICAN INDUSTRIES CORP.
29 CLAY STREET
BROOKLYN, NY 11222-1003

ANDREWS KURTH LLP
450 LEXINGTON AVENUE
NEW YORK, NY 10017-3911

ANTAMEX (US) INC.
210 GREAT GOLF DRIVE
CONCORD, ONTARIO, CAN L4K5W1

ARI  PRODUCTS  INC.
102  GAITHER DRIVE
SUITE 3
MT.LAUREL, NJ 08054-1714

ARK PAINTING LLC
26 GREENWOOD HILL STREET
STAMFORD, CT 06902-5065

ASIAN & HISPANIC
172 MADISON AVENUE
SUITE 201
NEW YORK, NY 10016-5109

AT&T MOBILITY
P.O. BOX 537113
ATLANTA, GA 30353-7113

AT&T MOBILITY
PO BOX 6463
CAROL STREAM, IL 60197-6463

ATLANTIC HOISTING&SCAFFOLDING
330 NORTH HENRY STREET
BROOKLYN, NY 11222-1909

AUTOMATION GRAPHICS, INC.
ATTN: ACCOUNTS RECEIVABLE
460 WEST 34TH STREET, 4TH FLOOR
NEW YORK, NY 10001-2320

AZAR DECORATING CO., INC.
48 BAKERTOWN RD. SUITE 404
MONROE, NY 10950-8433

| | | |
|---|---|---|
| B & G ELECTRICAL CONTRACTORS<br>7100 NEW HORIZONS BLVD.<br>NO. AMITTYVILLE, NY 11701-1149 | BAR STONE LTD.<br>39 ALYAT HANOAR<br>GUIVATAYM  ISRAEL | BAYBRENT CONSTRUCTION CORP.<br>1637 SYCAMORE AVENUE<br>BOHEMIA, NY 11716-1723 |
| BAYSIDE CONCRETE<br>45 ESSEX STREET<br>HACKENSACK, NJ 07601-5413 | BEAUMONT MECHANICAL CONTRACTOR<br>1 ELSTON COURT<br>LAKE GROVE, NY 11755-2800 | BERNSTEIN ASSOC., INC.<br>83 CALVERT STREET<br>HARRISON, NY 10528-3248 |
| BIGHEAD SOLUTIONS, LLC<br>550 LINDEN AVE<br>WOODBRIDGE, NJ 07095-3032 | BLOOMBERG FINANCE L.P.<br>P.O. BOX 30244<br>HARTFORD, CT 06150-0244 | BN REALTY ASSOC.<br>3611 H. HUDSON PARKWAY<br>BRONX, NY 10463-1597 |
| BRADSHAW MECHANICAL CORP.<br>57-09 59TH STREET<br>MASPETH, NY 11378-2707 | BROADVIEW NETWORKS<br>PO BOX 9242<br>UNIONDALE, NY 11555-9242 | BROOKSIDE PAINTING,INC.<br>475 FIFTH AVENUE<br>PELHAM, NY 10803-1253 |
| BUILDING MGMT SYSTEM ELECTRIC<br>33-13 58TH STREET<br>WOODSIDE, NY 11377-2256 | BUILDING TECHNOLOGIES GROUP IN<br>335 BROAD STREET<br>CLIFTON, NJ 07013-1371 | BULTHAUP CORPORATION<br>578 BROADWAY<br>#306<br>NEW YORK, NY 10012-3210 |
| BURGESS STEEL PRODUCTS LLC<br>200 WEST FOREST AVENUE<br>ENGLEWOOD, NJ 07631-4526 | BUSINESS&LEGAL REPORTS, INC.<br>141 MILL ROCK ROAD EAST<br>OLD SAYBROOK, CT 06475-4212 | CABLEWORK INC.<br>30 WEST 24TH STREET<br>NEW YORK, NY 10010-3207 |
| CAGNY,INC.<br>950 THIRD AVENUE<br>25TH FLOOR<br>NEW YORK, NY 10022-2705 | CALL-A-HEAD PORTABLE TOILETS<br>304 CROSS BAY BLVD.<br>BROAD CHANNEL, NY 11693-1026 | CANON BUSINESS SOLUTIONS, INC.<br>15004 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-0150 |
| CANON BUSINESS SOLUTIONS-EAST<br>21146 NETWORK PLACE<br>CHICAGO, IL 60673-1211 | CARDOZA CORP.<br>177-04 93RD AVENUE<br>JAMAICA, NY 11433-1402 | CENTRIFUGAL/MECHANICAL ASSOC.<br>200 MARINE STREET<br>FARMINGDALE, NY 11735-5610 |
| CERTIFIED GRAPHICS, INC.<br>623 WEST 51ST STREET<br>NEW YORK, NY 10019-5008 | CHARLES R. PIERCE, JR., P.C.<br>64 EAST MAIN STREET<br>HUNTINGTON, NY 11743-2813 | CIT TECHNOLOGY FIN SERV. INC.<br>P.O. BOX 33076<br>NEWARK, NJ 07188-0076 |
| CITYWIDE CONTAINER SERVICE<br>60 ANTHONY STREET<br>BROOKLYN, NY 11222-5301 | CLARK & WILKINS INDUSTRIES, IN<br>1871 PARK AVENUE<br>NEW YORK, NY 10035-1318 | COASTAL ELECTRIC CONSTRUCTION<br>185 WAVERLY AVENUE<br>PATCHOGUE, NY 11772-2133 |

| | | |
|---|---|---|
| CODE CONSULTANTS, INC.<br>1804 BORMAN CIRCLE DR.<br>ST. LOUIS, MO 63146-4136 | COLLECTIVE INFRASTUCTURE TECH.<br>1200 SOUTH AVENUE, SUITE 203<br>STATEN ISLAND, NY 10314-3421 | COLUMBUS MANAGEMENT<br>SYSTEMS, INC.<br>149 W. 24TH STREET<br>NEW YORK, NY 10011-1917 |
| COMPLETE ENVIRONMENTAL SVCS IN<br>3500-A HAMPTON ROAD<br>OCEANSIDE, NY 11572-4843 | COMPONENT ASSEMBLY SYSTEMS, IN<br>620 FIFTH AVENUE<br>PELHAM, NY 10803-1240 | CON EDISON<br>FDR STATION<br>PO BOX 5273<br>NEW YORK, NY 10150-5273 |
| CONCORE EQUIPMENT INC.<br>P.O. BOX 780365<br>MASPETH, NY 11378-0365 | CONSOLIDATED EDISON COMPANY OF<br>N.Y. INC.<br>JAF STATION PO BOX 1702<br>NEW YORK, NY 10116-1702 | CONSTRUCTION COMMUNICATION,LLC<br>24445 NORTHWESTERN HIGHWAY<br>STE. 218<br>SOUTHFIELD, MI 48075-2437 |
| COPPER CONFERENCING<br>PO BOX 172867<br>DENVER, CO 80217-2867 | CORD CONTRACTING CO<br>213 ROSLYN ROAD<br>ROSLYN HEIGHTS, NY 11577-1383 | CRAIN'S NEW YORK BUSINESS<br>BOX 07928<br>DETROIT, MI 48207-0928 |
| CRESCENT CONSULTING<br>2 STOWE ROAD<br>SUITE 3A<br>PEEKSKILL, NY 10566-2501 | CRESCENT ENERGY INC.<br>2 STOWE ROAD<br>SUITE 3A<br>PEEKSKILL, NY 10566-2501 | CURTIS PARTITION CORP.<br>505 8TH AVENUE<br>NEW YORK, NY 10018-6505 |
| CUSTOM VAULT CORP.<br>162 DANBURY RD.<br>RIDGEFIELD, CT 06877-3233 | DANIELLO CARTING CO.<br>P.O. BOX 1303 BIC #198<br>WHITE PLAINS, NY 10602-1303 | DAVAL CONSTRUCTION CORP.<br>6 DENTON AVENUE<br>S.GARDEN CITY P, NY 11040-4904 |
| DEFILA PAINTING CO.<br>22 WEST FIRST STREET<br>MOUNT VERNON, NY 10550-3000 | DEPENDABLE 1 SEWER AND DRAIN<br>CLEANING SERVICES, LLC<br>P.O.BOX 780659<br>MASPETH, NY 11378-0659 | DESIGNER MARBLE INC.<br>34 F W. WASHINGTON AVE.<br>PEARL RIVER, NY 10965-2333 |
| DIFAMA CONCRETE, INC.<br>240 RIVERSIDE BOULEVARD<br>NEW YORK, NY 10069-1024 | DIMURO IRON WORKS INC.<br>1825 UNIONPORT ROAD<br>BRONX, NY 10462-3507 | DLK SERVICES, INC.<br>12 CROYDEN LANE<br>NEW CITY, NY 10956-4108 |
| DONNELLY MECH CORP.<br>96-59 222ND ST.<br>QUEENS VILLAGE, NY 11429-1313 | DURKAN CARPETS<br>405 VIRGIL DRIVE<br>P.O. BOX 1006<br>DALTON, GA 30722-1006 | DYKES LUMBER CO., INC.<br>1899 PARK AVENUE<br>P.O. BOX 857<br>WEEHAWKEN, NJ 07087-0857 |
| E.A.S. MECHANICAL<br>107 FORSTER PLACE<br>MELVILLE, NY 11747-8128 | EAGLE ONE ROOFING CONTR.<br>18-60 45TH STREET<br>ASTORIA, NY 11105-1030 | EGAN ARCHITECTURAL METAL&GLASS<br>923 OLD NEPPERHAN AVENUE<br>YONKERS, NY 10703-1708 |

| | | |
|---|---|---|
| EGG ELECTRIC, INC.<br>24 WEST 25TH STREET<br>8TH FLOOR<br>NEW YORK, NY 10010-2726 | ELECTRONIC DRIVES AND CONTROLS<br>17 EASTMANS ROAD<br>PARSIPPANY, NJ 07054-3702 | ELITE FLOORS, INC.<br>691 SAW MILL RIVER ROAD<br>YONKERS, NY 10710-4004 |
| EMPIRE STRATEGIC PLANNING<br>677 BROADWAY - SUITE 1105<br>ALBANY, NY 12207-2989 | ENTRY SYSTEMS INC.<br>33 CRESTWATER COURT<br>STATEN ISLAND, NY 10305-4300 | ENVIRONMENTAL TECHNOLOGY SYS.<br>160 CLAY STREET<br>BROOKLYN, NY 11222-1243 |
| F & G MECHANICAL CORPORATION<br>348 NEW COUNTY ROAD<br>SECAUCUS, NJ 07094-1641 | F.M.C. CONSTRUCTION LLC<br>110 WALL STREET, 2ND FLOOR<br>NEW YORK, NY 10005-3801 | FAIRFIELD COUNTY<br>COMMUNICATIONS, INC.<br>16 THIRD ST<br>STAMFORD, CT 06905-5106 |
| FAST RESPONSE INC<br>142 DANFORTH AVENUE<br>JERSEY CITY, NJ 07305-2626 | FEDERAL EXPRESS CORP.<br>P.O. BOX 360353<br>PITTSBURGH, PA 15250-6353 | FEDERAL INSURANCE COMPANY AND VIGILANT INSUR<br>15 Mountan View Road<br>Warren, NJ 07059-6711 |
| FEDERAL METAL & GLASS CORP<br>104-07 180TH STREET<br>JAMAICA, NY 11433-1816 | FEDEX<br>P.O. BOX 371461<br>PITTSBURGH, PA 15250-7461 | FEHRINGER SURVEYING<br>148 N. PARK AVENUE<br>ROCKVILLE CENTRE, NY 11570-4162 |
| FINANCE COMMISSIONER, CITY<br>OF NY ENVIROMENTAL CONTROL BD<br>PO BOX 2307 PECK SLIP STATION<br>NEW YORK, NY 10038 | FIRST RELIANCE STANDARD LIFE<br>INSURANCE COMPANY<br>P.O. BOX 3123<br>SOUTHEASTERN, PA 19398-3123 | FLOS USA INC.<br>200 MCKAY ROAD<br>HUNTINGTON STATION, NY 11746-1363 |
| FMB, INC.<br>70 SUPOR BOULEVARD<br>HARRISON, NJ 07029-1921 | FREEDOM DEMOLITION, INC.<br>52-15 11TH STREET<br>L.I.C., NY 11101-5844 | FRESH MEADOWS MECHANICAL<br>65-01 FRESH MEADOW LANE<br>FRESH MEADOWS, NY 11365-2011 |
| FRIEDMAN ASSOCIATES II LLC<br>36 BROADWAY<br>DOBBS FERRY, NY 10522-2836 | FRIEDMAN LLP<br>100 EAGLE ROCK AVENUE<br>SUITE 200<br>EAST HANOVER, NJ 07936-3149 | FUJITEC NEW YORK<br>215 ENTIN ROAD<br>CLIFTON, NJ 07014-1424 |
| G F C LIGHTING WHOLESALER<br>711 EXECUTIVE BLVD, SUITE 'N'<br>VALLEY COTTAGE, NY 10989-2006 | GATEWAY ACOUSTICS, INC.<br>375 86TH STREET<br>BROOKLYN, NY 11209-5059 | GCM SYSTEMS LLC<br>2001 MARCUS AVENUE<br>SUITE S265<br>LAKE SUCCESS, NY 11042-1035 |
| GE CAPITAL<br>P.O. BOX 642111<br>PITISBURGH, PA 15264-2111 | GENERAL BRONZE<br>615 FIFTH AVENUE<br>LARCHMONT, NY 10538-1900 | GIANT INDUSTRIAL<br>14-34 112TH STREET<br>COLLEGE POINT, NY 11356-1436 |

```
GILL PHOTOGRAPHERS, INC.            GLADSTONE & SON                     GLISSADE
442 FIFTH STREET                    144 NORTH BEVERWYCK ROAD            2998 BURNS AVENUE
ELMONT, NY 11003-2833               #116                                WANTAGH, NY 11793-3264
                                    LAKE HIAWATHA, NJ 07034-1909


GLOBAL PRECAST DIV. OF PRECA        GLOBE INVESTIGATION&SEC. SYS.       GMAC
2101 TESTON ROAD                    969 WOODLAND AVE                    PO BOX 9001948
MAPLE, ON L6A 1R3                   PLAINFIELD, NJ 07060-3111           LOUISVILLE, KY 40290-1948


GOLDEN VALE CONSTRUCTION CORP.      GOVERNAIR                           GR ENGINEERING, P.C.
58-67 56TH STREET                   4841 N. SEWELL                      61 EAST WOODSIDE AVENUE
MASPETH, NY 11378-3105              OKLAHOMA CITY, OK 73118-7892        PATCHOGVE, NY 11772-1312


GRAYBAR                             GREAT AMERICA LEASING CORP.         GREEN SCREEN
P.O. BOX 414396                     8742 INNOVATION WAY                 1743 SOUTH LA CIENEGA BLVD.
BOSTON, MA 02241-0001               CHICAGO, IL 60682-0087              LOS ANGELES, CA 90035-4601


GYPSUM FLOORS OF NY, INC.           H & H WOODWORKING, INC.             HANDY HOUSE INC.
705 SOUTH FULTON AVENUE             252C LAKE AVENUE                    P.O. BOX 9131
MOUNT VERNON, NY 10550-5013         YONKERS, NY 10701-5710              FOXBORO, MA 02035-9131


HAROLD WEIDMYER                     HARRINGTON OCKO & MONK, LLP         HELMARK STEEL, INC.
55 AMARON LANE                      81 MAIN STREET, SUITE 215           813 SOUTH MARKET STREET
STATEN ISLAND, NY 10307-1969        WHITE PLAINS, NY 10601-1719         WILMINGTON, DE 19801-5223


HENDERSON & BODWELL LLP             HENICK-LANE, INC.                   HERITAGE MECHANICAL SERVICES
35 FAIRCHILD AVENUE                 45-39 DAVIS STREET                  305 SUBURBAN AVE.
PLAINVIEW, NY 11803-1709            LONG ISLAND CITY, NY 11101-4305     DEER PARK, NY 11729-6806


HERRICK, FEINSTEIN LLP              HILO YALE INDUSTRIAL TRUCKS         HOFFMAN FLOOR COVERING CO. INC
2 PARK AVENUE                       345 OSER AVENUE                     320 MOUNTAIN AVENUE
NEW YORK, NY 10016-9302             HAUPPAUGE, NY 11788-3607            HACKETTSTOWN, NJ 07840-2422


HOME CRAFTS, INC.                   HOWARD I. SHAPIRO&ASSOCIATES        IMPERIAL PAINTING&FIREPROOFING
760 RAILROAD AVE.                   303 MERRICK ROAD                    1019 38TH STREET
WEST BABYLON, NY 11704-7830         SUITE 202                           BROOKLYN, NY 11219-1012
                                    LYNBROOK, NY 11563-2501


INNOVATIVE COMM. CONCEPTS, INC      INTEGRATED CONTROLS ENV.            INTERNAL REVENUE SERVICE
519 8TH AVE. 4TH FL.                ENVIROMENTAL, LLC                   SPEC. PROCEDURES FUNCTION
NEW YORK, NY 10018-4517             33-13 58TH STREET                   PO BOX 60
                                    WOODSIDE, NY 11377-2256             BROOKLYN, NY 11201
```

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINE<br>P.O. BOX 643600<br>PHILADELPHIA, PA 15264-3600 | INTERNATIONAL MILLWORK, INC.<br>409 JOYCE KILMER<br>UNIT 3<br>NEW BRUNSWICK, NJ 08901-3363 | INTERNATIONAL PAINTING, INC.<br>111-113 SYLVAN AVENUE<br>NEWARK, NJ 07104-3603 |
| INTERSTATE INDUSTRIAL CORP.<br>2 BRIGHTON ROAD, SUITE 200<br>CLIFTON, NJ 07012-1645 | INTERSTATE MATERIALS CORP.<br>211 JOHNSON STREET<br>STATEN ISLAND, NY 10309-1114 | INTRICATE CONSTRUCTION<br>450 COMMERCE ST.<br>HAWTHORNE, NY 10532-1372 |
| IRON MOUNTAIN<br>PO BOX 27128<br>NEW YORK, NY 10087-7128 | ISLANDAIRE<br>22 RESEARCH WAY<br>EAST SETAUKET, NY 11733-3453 | J & J PIRRO, INC.<br>160 MIDDLE ROAD<br>SAYVILLE, NY 11782-3126 |
| J.L.L. INC.<br>15 DEERFIELD LANE<br>ABERDEEN, NJ 07747-1308 | JANTILE, INC.<br>3960 MERRITT AVENUE<br>BRONX, NY 10466-2502 | JC RYAN EBCO/H&G LLC<br>1800 NEW HIGHWAY<br>FARMINGDALE, NY 11735-1513 |
| JDC COVER COAT CORP.<br>261 CHELSEA STREET<br>STATEN ISLAND, NY 10307-1714 | JEM ARCHITECTURALS, INC.<br>3700 DYRE AVENUE<br>BRONX, NY 10466-6150 | JENNINGS CONSULTING, LLC<br>93 TAUNTON ROAD<br>FAIRFIELD, CT 06824-3840 |
| JEROME ALUMINUM PRODUCTS<br>625 MAIN STREET<br>WESTBURY, NY 11590-4923 | JEROME S. GILLMAN CONSULTING<br>ARCHITECT, P.C.<br>40 WORTH STREET<br>NEW YORK, NY 10013-2904 | JOEL S. STUTTMAN, P.C.<br>44 SOUTH BROADWAY<br>SUITE 402<br>WHITE PLAINS, NY 10601-4425 |
| JOSLOFF INDUSTRIES LLC<br>169 MEEKER AVENUE<br>NEWARK, NJ 07114-1379 | K&M ARCH'L WINDOW PROD. INC.<br>345 CROOKED HILL RD.<br>BRENTWOOD, NY 11717-1020 | K.E.B. PEST CONTROL, LLC<br>35 EAST GRASSY SPRAIN RD.<br>SUITE 305<br>YONKERS, NY 10710-4618 |
| K.J.C. INC.<br>39 W. QUACKENBUSH AVE.<br>DUMONT, NJ 07628-3008 | KBC CONCRETE CORPORATION<br>2116 MERRICK AVENUE<br>SUITE 4003<br>MERRICK, NY 11566-3411 | KEATING & WALKER<br>ATTORNEY SERVICE, INC.<br>ONE BEEKMAN STREET, SUITE 406<br>NEW YORK, NY 10038-2209 |
| KELCO CONST. INC.<br>151 DALY ROAD<br>EAST NORTHPORT, NY 11731-6312 | KF MECHANICAL<br>10 STEWART PLACE<br>FAIRFIELD, NJ 07004-2202 | KOROLATH OF NEW ENGLAND, INC.<br>498 RIVER ROAD<br>HUDSON, MA 01749-2621 |
| KRAMAN IRON WORKS<br>410 EAST 10TH STREET<br>NEW YORK, NY 10009-4203 | L & L PAINTING CO., INC.<br>900 SOUTH OYSTER BAY RD.<br>P.O. BOX 9016<br>HICKSVILLE, NY 11802-9016 | L&M ARCHITECTURAL GRAPHICS INC<br>20 MONTESAND ROAD<br>FAIRFIELD, NJ 07004-3310 |

| | | |
|---|---|---|
| LAW OFFICE OF MATTHEW WORNER<br>ATTORNEY-AT-LAW<br>90 BRYANT AVENUE<br>WHITE PLAINS, NY 10605-1952 | LEDY-GURREN BASS&SIFF, LLP<br>475 PARK AVENUE SOUTH<br>NEW YORK, NY 10016-6901 | LEONARD POWERS, INC.<br>519 WEST 27TH STREET<br>NEW YORK, NY 10001-5505 |
| LET'S THINK WIRELESS<br>420 LEXINGTON AVE.<br>SUITE 444<br>NEW YORK, NY 10170-0002 | LEWIS & VALENTINE LANDSCAPING<br>627 CEDAR SWAMP RD.<br>GLEN HEAD, NY 11545-2272 | LINCOLN BUILDING ASSOCIATE LLC<br>NEWMARK & CO AS AGENT<br>GENL POST OFFICE-BOX 27215<br>NEW YORK, NY 10087-7215 |
| LINDE-GRIFFITH CONSTRUCTION CO<br>152 PASSAIC STREET<br>NEWARK, NJ 07104-3890 | LINDEN CONSTRUCTION CORP.<br>40 UNDERHILL BLVD.<br>SYOSSETT, NY 11791-3490 | LIVINGSTON ELECTRICAL ASSOC.<br>162-20 77TH ROAD<br>FLUSHING, NY 11366-1906 |
| LOCAL 282 ANNUITY TRUST FUND<br>2500 MARCUS AVENUE<br>LAKE SUCCESS, NY 11042-1097 | LOCAL 282 JOB TRAINING TRUST<br>2500 MARCUS AVENUE<br>LAKE SUCCESS, NY 11042-1097 | LOCAL 282 PENSION TRUST FUND<br>2500 MARCUS AVENUE<br>LAKE SUCCESS, NY 11042-1097 |
| LOCAL 282 TRUST FUND<br>2500 MARCUS AVENUE<br>LAKE SUCCESS, NY 11042-1097 | LOCAL 282 WELFARE TRUST FUND<br>2500 MARCUS AVENUE<br>LAKE SUCCESS, NY 11042-1097 | LONG ISLAND FIREPROOF DOOR,<br>5 HARBOR PARK DRIVE<br>PORT WASHINGTON, NY 11050-4698 |
| LVC INTERIORS, INC.<br>176 KANSAS STREET<br>HACKENSACK, NJ 07601-4014 | M & R EUROPEAN CONSTRUCTION<br>48-16 70TH STREET<br>WOODSIDE, NY 11377-6017 | MACKENZIE AUTOMATIC DOORS, I<br>72 READE STREET<br>NEW YORK, NY 10007-2059 |
| MACRES FLORISTS<br>30 EAST 30TH STREET<br>NEW YORK, NY 10016-7316 | MADISON PIPING LLC<br>15 CANAL PLACE<br>BRONX, NY 10451-6009 | MAINCO ELEVATOR&ELECTRICAL COR<br>5-25 51ST STEET<br>LIC, NY 11101-5815 |
| MANHATTAN SURVEYING P.C.<br>225 BROADWAY<br>SUITE 2620<br>NEW YORK, NY 10007-3095 | MARTIN ASSOCIATES, INC.<br>6 DENTON AVENUE SOUTH<br>GARDEN CITY PK, NY 11040-4904 | MARVIN WIENER LTD.<br>600 HEMPSTEAD TURNPIKE<br>WEST HEMPSTEAD, NY 11552-1095 |
| MASON TECHNOLOGIES, INC.<br>33 RANICK RD.<br>HAUPPAUGE, NY 11788-4250 | MASON TENDERS DISTRICT<br>COUNCIL TRUST FUNDS<br>520 EIGHTH AVENUE SUITE 600<br>NEW YORK, NY 10018-4196 | MAYRICH CONSTRUCTION CORP.<br>1141 OAKPOINT AVENUE<br>BRONX, NY 10474-6697 |
| MCE METROCLEAN EXPRESS<br>53-01 VERNON BLVD.<br>LONG ISLAND CITY, NY 11101-5901 | MCGRAW-HILL<br>P.O. BOX 74999<br>CLEVELAND, OH 44194-1082 | MEADOWLANDS FIRE PROTECTION<br>348 NEW COUNTY ROAD<br>SECAUCUS, NJ 07094-1641 |

| | | |
|---|---|---|
| MENSCH MILL & LUMBER CORP.<br>22-26 129TH STREET<br>COLLEGE POINT, NY 11356-2728 | MENSCH MILLWORK CORP<br>22-26 129TH STREET<br>COLLEGE POINT, NY 11356-2728 | MERCEDES-BENZ FINANCIAL<br>P.O. BOX 9001680<br>LOUISVILLE, KY 40290-1680 |
| METLIFE<br>PO BOX 8500-3895<br>PHILADELPHIA, PA 19178-0001 | METROPOLIS GROUP INC.<br>22 CORTLADT STREET<br>10TH FLOOR<br>NEW YORK, NY 10007-3158 | METROPOLITAN METAL CORP.<br>214 WEST 29TH STREET, 4TH FLOOR<br>NEW YORK, NY 10001-5203 |
| METROPOLITAN TELECOMMUNICATION<br>P.O. BOX 9660<br>MANCHESTER, NH 03108-9660 | METROPOLITAN TRANSPORTATION AUTHORITY<br>347 MADISON AVE.<br>NEW YORK, NY 10017-3706 | METROTECH CONTRACTING CORP.<br>550 FRANKLIN AVENUE<br>MOUNT VERNON, NY 10550-4516 |
| MIDLAND CHUTE INC.<br>54 MARIA DRIVE<br>HILLSDALE, NJ 07642-1347 | MILAD CONTRACTING CORP.<br>59-01 39TH AVENUE<br>WOODSIDE, NY 11377-2526 | MILLENNIUM COLLECTION<br>150 WEST 25TH STREET<br>NEW YORK, NY 10001-7404 |
| MILLER DRUCK SPECIALTY<br>CONTRACTING, INC.<br>264 W. 40TH STREET, 9TH FLOOR<br>NEW YORK, NY 10018-1518 | MOBILITY ELEVATOR & LIFT CO.<br>4 YORK AVENUE<br>WEST CALDWELL, NJ 07006-6407 | MODEL IRON WORKS<br>375A WESTERN HIGHWAY<br>TAPPAN, NY 10983-1317 |
| MODULAR SPACE CORPORATION<br>P.O. BOX 641595<br>PITTSBURGH, PA 15264-1595 | MONSTER WORLDWIDE<br>PO BOX 34643<br>NEWARK, NJ 07189-4009 | MR. JOHN, INC.<br>P.O. BOX 130<br>KEASBEY, NJ 08832-0130 |
| NACIREMA<br>POST OFFICE BOX 183<br>BAYONNE, NJ 07002-0183 | NATIONAL BATH ACCESSORIES<br>320 NORTHERN BLVD.<br>GREAT NECK, NY 11021-4807 | NATIONAL CONSTRUCTION RENTAL<br>P.O. BOX 4503<br>PACOIMA, CA 91333-4503 |
| NATIONAL INTERIORS INC.<br>145 PALLISADE STREET<br>DOBBS FERRY, NY 10522-1617 | NATIONAL ROOFING CORP.<br>37-25 24TH STREET<br>LIC, NY 11101-3519 | NATURAL STONE WAREHOUSE, INC.<br>343 STAGG STREET<br>BROOKLYN, NY 11206-1726 |
| NELSON AIR DEVICE CORP.<br>46-28 54TH AVENUE<br>MASPETH, NY 11378-1012 | NETWORK BILLING SYSTEMS<br>155 WILLOWBROOK BLVD.<br>WAYNE, NJ 07470-7032 | NEW TOWN CORPORATION<br>711 SOUTH COLUMBUS AVENUE<br>MT. VERNON, NY 10550-4715 |
| NEW WAVE CONSTRUCTION CORP.<br>142 BIRCHWOOD DRIVE<br>ELMWOOD PARK, NJ 07407-1304 | NEW YORK BUILDING CONGRESS<br>44 WEST 28TH STREET<br>12TH FLOOR<br>NEW YORK, NY 10001-4291 | NEW YORK ELEVATOR CO., INC.<br>519 8TH AVENUE<br>NEW YORK, NY 10018-6506 |

| | | |
|---|---|---|
| NOFIRE TECHNOLOGIES, INC.<br>21 INDUSTRIAL AVENUE<br>UPPER SADDLE RIVER, NJ 07458-2301 | NORTHSIDE STRUCTURES INC.<br>1250 HYLAND BLVD.<br>SUITE 7B<br>STATEN ISLAND, NY 10305-1945 | NY CITY DEPT. OF FINANCE<br>BANKRUPTCY & ASSIGNMENT UNIT<br>345 ADAMS STREET, 10TH FLOOR<br>BROOKLYN, NY 11201-3719 |
| NYC DEPT OF FINANCE<br>CHURCH STREET STATION<br>PO BOX 3671<br>NEW YORK, NY 10008-3671 | NYC DEPT OF FINANCE<br>PARKING SUMMONS COLLECTIONS<br>P.O. BOX 3646 CHURCH ST. STATION<br>NEW YORK, NY 10008-3646 | NYC POLICE DEPARTMENT<br>MS. JANETTE KEROLUS - SPVSR REV.<br>1 POLICE PLAZA - ROOM 1016<br>NEW YORK, NY 10038-1403 |
| NYS DEPT OF TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | NYS DEPT. OF TAXATION<br>QUEENS DISTRICT OFFICE<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415-3600 | NYS DIVISION OF CORPORATIONS<br>ALBANY, NY 12231-0002 |
| National Interiors, Inc.<br>145 Palisade Street<br>Dobbs ferry, New York 10522-1617 | OFFICE OF THE US TRUSTEE<br>33 WHITEHALL STREET<br>SUITE 2100<br>NEW YORK, NY 10004-2112 | ONE COMMUNICATIONS<br>P.O. BOX 981039<br>BOSTON, MA 02298-1039 |
| ONLINE CONSTRUCTION INC.<br>583 CITY ISLAND AVENUE<br>BRONX, NY 10464-1104 | P. C. RICHARD & SONS<br>150 PRINCE PARKWAY<br>FARMINGDALE, NY 11735-1315 | PACIFIC LAWN SPRINKLERS<br>22-42 129TH STREET<br>COLLEGE POINT, NY 11356-2728 |
| PAF PAINTING CORP.<br>161 TIBBETTS ROAD<br>YONKERS, NY 10705-2643 | PAR PLUMBING CO<br>60 N PROSPECT AVENUE<br>LYNBROOK, NY 11563-1395 | PARIS MAINTENANCE CO. INC.<br>350 5TH AVE.<br>SUITE 3304<br>NEW YORK, NY 10118-3304 |
| PATROL & GUARD ENTERPRISES,<br>39-08 29TH STREET<br>LIC, NY 11101-3708 | PECKAR & ABRAMSON<br>70  GRAND AVENUE<br>RIVER EDGE, NJ 07661-1934 | PERFETTO CONTRACTING CO.<br>250 SIXTH STREET<br>BROOKLYN, NY 11215-3204 |
| PERSISTENT CONSTRUCTION CO.<br>ATT: ANTHONY GRANO<br>58 INDUSTRIAL AVENUE<br>FAIRVIEW, NJ 07022-1605 | PINNACLE ENVIRONMENTAL CORP.<br>64-54 MAURICE AVE.<br>MASPETH, NY 11378-1335 | PIONEER WINDOWS MFG, CORP.<br>15 FEDERICK PLACE<br>HICKSVILLE,, NY 11801-4205 |
| PIRACLE<br>556 CONFLUENCE AVE<br>MURRAY, UT 84123-1385 | PLANTWORKS, INC.<br>28 EAST 4TH STREET<br>NEW YORK, NY 10003-7070 | POWER ELECTRIC CO., INC.<br>10-22 NO. 7TH STREET<br>BELLEVILLE, NJ 07109-4199 |
| PRECISION CARPENTRY OF<br>WESTCHESTER, INC.<br>113 BUENA VISTA DRIVE<br>WHITE PLAINS, NY 10603-1148 | PRICE,MEESE,SHULMAN&D'ARMINIO<br>50 TICE BOULEVARD<br>WOODCLIFF LAKE, NJ 07677-7654 | PRIME EXPEDITING SERVICES<br>63 EAST 9TH ST.<br>SUITE #11-0<br>NEW YORK, NY 10003-6302 |

| | | |
|---|---|---|
| PROLINE CAR STEREO<br>700 UTICA AVE<br>BROOKLYN, NY 11203-2230 | PROSKAUER ROSE LLP<br>1585 BROADWAY<br>NEW YORK, NY 10036-8299 | QWEST COMMUNICATIONS<br>BUSINESS SERVICES<br>P.O. BOX 856169<br>LOUISVILLE, KY 40285-6169 |
| RADIATION SHIELDING SYSTEMS<br>203 BLACK MEADOW RD<br>CHESTER, NY 10918-2231 | RCN<br>PO BOX 747089<br>PITISBURGH, PA 15274-7089 | REMUS HRH, LLC<br>220 FLETCHER AVENUE<br>FIFTH FLOOR<br>FORT LEE, NJ 07024 |
| RENACER ENTERPRISE, INC.<br>P.O. BOX 030544<br>FLORAL PARK, NY 11003-0544 | REXY SHERIDAN GROUP, INC.<br>4 VERNON LANE<br>SUITE #3C<br>ELMSFORD, NY 10523-1943 | RONALD T. VASS CORP.<br>59-68 55TH DRIVE<br>MASPETH, NY 11378-2323 |
| ROSE CONTRACTING CO., INC.<br>1 SADDLE LANE<br>ROSLYN HEIGHTS, NY 11577-2727 | RSG CAULKING & WATERPROOF<br>132 EAST PROSPECT AVENUE<br>MAMARONECK, NY 10543-3709 | RTV & T.J. MECHANICAL GROUP<br>59-68 55TH DRIVE<br>MASPETH, NY 11378-2323 |
| S & C PRODUCTS CORP.<br>201 EAST 36TH STREET<br>NEW YORK, NY 10016-3668 | SAGE ELECTRICAL CONTRACTING<br>651 WILLOWBROOK ROAD<br>STATEN ISLAND, NY 10314-6827 | SHELTER ROCK CONTRACTING<br>96 LAKEVILLE RD.<br>NEW HYDE PARK, NY 11040-3002 |
| SHRED-IT USA/WHITEPLAINS<br>420 COLUMBUS AVENUE<br>SUITE 202<br>VALHALLA, NY 10595-1382 | SILIGHT LIGHTING INC.<br>269 ROBBINS LANE<br>SYOSSET, NY 11791-6005 | SIRINA FIRE PROTECTION CORP<br>151 HERRICKS ROAD<br>GARDEN CITY PK, NY 11040-5200 |
| SKYLINE STEEL CORP.<br>289 SCHOLES STREET<br>BROOKLYN, NY 11206-1738 | SKYVIEW ARCHITECTURAL<br>ALUMINUM, INC.<br>503 HALF MOON BAY DRIVE<br>CROTON-ON-HUDSON, NY 10520-3104 | SLOAN & COMPANY, INC.<br>38 FAIRFIELD PLACE<br>POB CN 2845<br>WEST CALDWELL, NJ 07006-6209 |
| SOLCO PLUMBING SUPPLY, INC.<br>209 WEST 18TH STREET<br>NEW YORK, NY 10011-4580 | SPECIAL OPS. SECURITY &<br>INVESTIGATIONS INC.<br>2816A MERMAID AVENUE<br>BROOKLYN, NY 11224-2017 | SPECIALTY BUSINESS SOLUTIONS<br>253 WEST 35TH STREET, STE 12A<br>NEW YORK, NY 10001-1907 |
| SPECTRUM KITCHENS<br>90 CROSSWAYS PARK WEST<br>WOODBURY, NY 11797-2000 | SPECTRUM PAINTING CORP.<br>200 SUMMERFIELD STREET<br>SCARSDALE, NY 10583-5426 | SPRINT<br>P.O. BOX 4181<br>CAROL STREAM, IL 60197-4181 |
| STEAMFITTERS' INDUSTRY<br>DISTRIBUTION ACCOUNT<br>P.O. BOX 1668<br>NEW YORK, NY 10116-1668 | STORAGE BUILDERS LLC<br>119 SOUTH 3RD STREET<br>NEW HYDE PARK, NY 11040-4836 | SUMMIT ERECTORS INC.<br>332 PATERSON AVENUE<br>E. RUTHERFORD, NJ 07073-1338 |

| | | |
|---|---|---|
| T & M MECHANICAL CORP.<br>225 WEST 36TH STREET<br>NEW YORK, NY 10018-7525 | T-MOBILE<br>PO BOX 790047<br>ST. LOUIS, MO 63179-0047 | TANENBAUM-HARBER CO., INC.<br>320 WEST 57TH STREET<br>NEW YORK, NY 10019-3705 |
| TECHAIR<br>P.O. BOX 0021<br>BRATTLEBORO, VT 05302-0021 | THE MERIT CORPORATION<br>523-27 CORTLANDT ST.<br>BELLEVILLE, NJ 07109-3329 | THE VMC GROUP<br>P.O. BOX 822031<br>PHILADELPHIA, PA 19182-2031 |
| THORTON - TOMASETTI ENGINEER<br>24 COMMERCE STREET<br>NEWARK, NJ 07102-4060 | THYSSENKRUPP ELEVATOR<br>ATTN: PEGGY NASH<br>460 WEST 34TH STREET<br>NEW YORK, NY 10001-2320 | TM&M MECHANICAL CORP.<br>225 WEST 36TH STREET<br>NEW YORK, NY 10018-7525 |
| TMJ PLUMBING & HEATING CORP.<br>59-68 55TH AVENUE<br>MASPETH, NY 11378-2323 | TODD HARRIS COMPANY<br>PO BOX 682<br>EDISON, NJ 08818-0682 | TRANE U.S. INC.<br>PO BOX 406469<br>ATLANTA, GA 30384-6469 |
| TRANSBEAM<br>20 W. 36 STREET<br>NEW YORK, NY 10018-8005 | TRUE NORTH SURVEYORS PC<br>111 KOSCIUSZKO ROAD<br>WHITEHORSE STA., NJ 08889-3500 | TRUSTMARK VOLUNTARY BENEFIT<br>SOLUTIONS, INC.<br>75 REMITTANCE DRIVE, SUITE 1791<br>CHICAGO, IL 60675-1791 |
| TUNSTEAD & SCHECHTER<br>500 North Broadway, Suite 101<br>Jericho, NY 11753-2128<br>Attn: Marvin Schechter | TUNSTEAD & SCHECHTER<br>500 North Broadway, Suite 101<br>Jericho, NY 11753-2128<br>Attn: Michael D. Ganz | UNION CENTRAL LIFE INSURANCE<br>P.O. BOX 86687<br>LINCOLN, NE 68501-6687 |
| UNISTRUT CORPORATION<br>DEPT LA 21199<br>PASADENA, CA 91185-1199 | UNITED DRILLING & CUTTING CORP<br>23-23 48TH STREET<br>ASTORIA, NY 11103-1011 | UNITED STATES ATTORNEY<br>ATT: CHIEF BANKRUTPCY LIT<br>ONE PIERREPONT PLAZA<br>14TH FLOOR<br>BROOKLYN, NY 11201-2776 |
| URBAN FOUNDATION/ENGINEER<br>32-33 111TH STREET<br>ELMHURST, NY 11369-2594 | US DEPT OF JUSTICE<br>TAX DIVISION<br>BOX 55<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0055 | United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004-2122 |
| V AND I CONSTRUCTION<br>1946 70TH STREET, SUITE C2<br>BROOKLYN, NY 11204-5330 | V BARILE ELECTRICAL CONTR. INC<br>3 WHALE SQUARE<br>BROOKLYN, NY 11232-2607 | VERIZON<br>P.O. BOX 15124<br>ALBANY, NY 12212-5124 |
| VERIZON WIRELESS<br>P.O. BOX 408<br>NEWARK, NJ 07101-0408 | VICTORY PEST CONTROL, INC.<br>246-10 FRANCIS LEWIS BLVD.<br>QUEENS, NY 11422-2233 | VINCENT F. VACCARELLA, P.A.<br>HARBOUR CENTRE-SUITE 304<br>18851 NE 29 AVENUE<br>AVENTURA, FL 33180-2808 |


| | | |
|---|---|---|
| WALTER GOODMAN CABINETRY<br>210 ADELPHI STREET<br>BROOKLYN, NY 11205-4038 | WASSERMAN GRUBIN & ROGERS, LLP<br>1700 BROADWAY<br>NEW YORK, NY 10019-5905 | WATERPROOFING SYSTEMS NE, LLC<br>1221 HIGHWAY 22 EAST, UNIT 2<br>LEBANON, NJ 08833-2228 |
| WESTSIDE TRANSLOAD<br>5600 WESTSIDE AVENUE<br>NORTH BERGEN, NJ 07047-6472 | WILLIAM ELLIS PARTNERS, INC.<br>DBA VOLVO RENTS<br>61 COUNTY LINE ROAD<br>SOMERVILLE, NJ 08876-3400 | WINSAFE CORP.<br>ONE VALLEYQOOD DRIVE, UNIT 1<br>MARKHAM, ON L3R5L9 |
| WOLKOW-BRAKER ROOFING<br>105 APOLLO STREET<br>BROOKLYN, NY 11222-3821 | WOODWORKS CONST CO.<br>400 EAST 54TH STREET<br>NEW YORK, NY 10022-5164 | XC&D CORP.<br>107 NORTHERN BOULEVARD<br>GREAT NECK, NY 11021-4309 |
| ZEE MEDICAL, INC.<br>P.O. BOX 781433<br>INDIANAPOLIS, IN 46278-8433 | Frederick E. Schmidt<br>Herrick, Feinstein LLP<br>2 Park Avenue<br>New York, NY 10016-9302 | Hanh V. Huynh<br>Herrick, Feinstein LLP<br>2 Park Avenue<br>New York, NY 10016-9302 |
| Joshua Joseph Angel<br>Herrick, Feinstein LLP<br>2 Park Avenue<br>New York, NY 10016-9302 | Seth F. Kornbluth<br>Herrick, Feinstein LLP<br>2 Park Avenue<br>New York, NY 10016-9302 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)101 Warren Street Associates LLC. | (u)270 Greenwich Street Associates LLC | (u)89 Murray Street Associates LLC, |
| (u)Federal Insurance Company | (u)Metropolitan Transportation Authority | (u)Vigilant Insurance Company |
| (u)ENVIRONMENTAL CONSULTING MGMT | (d)HRH CONSTRUCTION LLC<br>50 MAIN STREET<br>15TH FLOOR<br>WHITE PLAINS, NY 10606-1901 | End of Label Matrix<br>Mailable recipients   343<br>Bypassed recipients     8<br>Total                 351 |