UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                            Case No. 09-23665 (RDD)

HRH CONSTRUCTION LLC, *et al.*,                  (Chapter 11)

                        Debtors.                 (Jointly Administered)
-----------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

        Pursuant to Sections 1102(a) and 1102(b) of the Bankruptcy Code, the following creditors of the above-captioned debtors being among the largest unsecured claimants who are willing to serve are appointed to the Official Committee of Unsecured Creditors:

1.      Patrol and Guard Enterprises Inc.
        30-07 39th Avenue
        Long Island City, New York 1101
        Attn: Joe Page, Comptroller
        Tel. No. (718) 786-4399

2.      Mason Tenders District Council Trust Funds
        520 Eighth Avenue, Suite 600
        New York, New York  10018
        Attn: John J. Virga, Funds' Director
        Tel. No. (212) 452-9700

3.      Fujitec New York
        215 Entin Road
        Clifton, New Jersey  07014-1424
        Attn:   Donald Regina, Chief Operating Officer
        Tel. No. (973) 330-0100

4.      Monster Worldwide, Inc.
        622 Third Avenue
        New York, New York 10017
        Attn: Kevin Farrell, V.P., Global Real Estate
        Tel. No. (212) 351-7525

5.     Fresh Meadow Mechanical Corp.
    65-01 Fresh Meadow Lane
    Fresh Meadows, New York 11365
    Attn:   Michael F. Russo, EVP

Dated: New York, New York
      September 14, 2009

        DIANA G. ADAMS
        UNITED STATES TRUSTEE

_____ By:    /s/ Richard C. Morrissey
        Richard C. Morrissey
        Trial Attorney
        33 Whitehall Street, 21st Floor
        New York, New York  10004
        Tel. No. (212) 510-0500