ZEICHNER ELLMAN & KRAUSE LLP
*Attorneys for 270 Greenwich St. Associates LLC*
*101 Warren St. Associates LLC*
*89 Murray St. Associates LLC*
575 Lexington Avenue
New York, NY 10022
Telephone (212) 223-0400
Peter Janovsky, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| HRH CONTRUCTION, LLC, | Case No.: 09-23665 (RDD) |
| Debtor. | **CERTIFICATE OF SERVICE** |

      Michael W. Antonivich, under the penalty of perjury declares the following: that I am over the age of eighteen years, and am not a party herein, and reside in Nassau County, New York and that on the 29th day of September, 2009, I served a true copy of the within **DECLARATIONS OF PETER JANOVSKY AND EDWARD J. MINSKOFF AND EXHIBITS IN OPPOSITION TO THE DEBTOR'S MOTION FOR FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL** upon the attorneys/parties hereinafter named at the places hereinafter stated by depositing the same, properly enclosed in a post-paid, properly addressed wrappers, into the exclusive care and custody of a depositary maintained and controlled by the United States Post Office for delivery by UPS Overnight mail to said attorneys/parties at their last known addresses given below and to all other parties by e-filing said documents:

**Stuart E. Kahan, Esq.**
**Oxman Tulis Kirkpatrick**
**Whyatt & Geiger LLP**
Attorneys for Daniello Carting Co., LLC
120 Bloomingdale Road, Suite 100
White Plains, New York 10605

**United States Trustee**
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10005

In addition a copy of said documents were served by e-mail on the following:

Sally L. Schneider, Esq.
Proskauer Rose LLP
Attorneys for Mason Tenders District Counsel
Welfare Fund, Pension Fund, Annuity Fund
And Training Program Fund
1585 Broadway
New York, New York 10036-8299
sschneider@proskauer.com


Dated: New York, New York
       September 30, 2009

_____
MICHAEL W. ANTONIVICH