B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re <u>HRH Construction, LLC</u>,  Case No. <u>09-23665 (RDD)</u>
<u>(Jointly Administered)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Metal Lathers Union Local 46</u>     <u>K.E.B. Pest Control</u>
Name of Transferee                  Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): _____
should be sent: <u>Kennedy, Jennik & Murray, P.C.</u>   Amount of Claim: <u>1246.31</u>
<u>113 University Place, 7th Fl.</u>                  Date Claim Filed: <u>9/28/09</u>
<u>New York, NY</u>

Phone: <u>212-358-1500</u>                         Phone: <u>914-793-7900</u>
Last Four Digits of Acct #: _____            Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____   Date: <u>7/23/10</u>
  Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A

# EVIDENCE OF TRANSFER OF CLAIM

K.E.B. PEST CONTROL, LLC, it successors and assigns (collectively "Assignor"), pursuant to the Transfer of Claim Agreement dated September 28, 2009, has hereby absolutely and unconditionally sold, transferred and assigned to Metal Lathers Union Local 46, its successors and assigns (collectively "Assignee") the general unsecured claim (the "Claim"), in the amount of $1,246.31 against HRH Construction, LLC (the "debtor") in the bankruptcy proceedings (the "proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 09-23665 (RDD)(Jointly Administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearings requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this July 23rd day of July 2010.

**(Assignor)**
KEB Pest Control
By: _____
Name: Edwin Beltran
Title: Single Member

**(Assignee)**
Metal Lathers Union Local 46
By: _____
Name: Thomas M Kennedy
Title: attorney

**(Assignor)**
Witness:
By: _____
Name: Christopher F. Cart, Esq.
Title: Attorney

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Southern District of New York | PROOF OF CLAIM |
|---|---|
| Name of Debtor: HRH Construction LLC | Case Number: 09-23665 (rdd) |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>K.E.B. PEST CONTROL, LLC | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>K.E.B. PEST CONTROL, LLC<br>35 EAST GRASSY SPRAIN RD.<br>SUITE 305<br>YONKERS, NY 10710-4618<br><br>Telephone number: 914 793-7900 | Court Claim Number:<br>(*If known*)<br><br>Filed on: |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $ 1246.31

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** SERVICES PERFORMED
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** N/A

**3a. Debtor may have scheduled account as:** N/A
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

Value of Property: $ _____ Annual Interest Rate ___ %

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $ _____ Basis for perfection: _____

Amount of Secured Claim: $ _____ Amount Unsecured: $ _____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(_).

**Amount entitled to priority:**
$ 1246.31

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 9/28/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. E/Beltran Edwin Beltran Managing Member | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

028069　　　　　　　　　3600702809702 6



**K.E.B. Pest Control, LLC**

35 East Grassy Sprain Rd Suite 305
Yonkers, NY 10710
Tel 914 793-7900
Fax 914 793-8989

# Invoice

| Date | Due Date | Invoice # |
|---|---|---|
| 5/14/2008 | 6/13/2008 | 17923 |

| Bill To |
|---|
| Steve Venditti<br>HRH Construction<br>50 Main St. /15th Floor<br>White Plains, NY 10606 |

| Amount Enclosed | $ |
|---|---|

(Please return top portion with payment)

| Date | Due Date | Invoice # |
|---|---|---|
| 5/14/2008 | 6/13/2008 | 17923 |

| Description | Amount |
|---|---|
| Pest Control Service | 400.00 |
| Target Pests: Rats | |
| Service Address:<br>HRH Construction<br>100 W 18th Street<br>New York, NY 10003 | |
| Visit for May<br>Sales Tax | 33.50 |

Please write invoice(s) number on your check.
Thank you for your business.

**Invoice Total** $433.50

| **Customer Total Balance To-Date** | $1,246.31 |
|---|---|



**K.E.B. Pest Control, LLC**
35 East Grassy Sprain Rd  Suite 305
Yonkers, NY 10710
Tel  914 793-7900
Fax 914 793-8989

# Invoice

| Date | Due Date | Invoice # |
|---|---|---|
| 4/30/2008 | 5/30/2008 | 17541 |

| Bill To |
|---|
| Steve Venditti<br>HRH Construction<br>50 Main St. /15th Floor<br>White Plains, NY 10606 |

| Amount Enclosed | $ |
|---|---|

(Please return top portion with payment)

| Date | Due Date | Invoice # |
|---|---|---|
| 4/30/2008 | 5/30/2008 | 17541 |

| Description | Amount |
|---|---|
| Regular Service | 750.00 |
| | |
| Service Address: | |
| HRH Construction | |
| 100 W 18th Street | |
| New York, NY 10003 | |
| | |
| For April Visit | |
| Sales Tax | 62.81 |

Please write invoice number on your check.
Thank you for your business.

| **Invoice Total** | **$812.81** |
|---|---|

| **Customer Total Balance To-Date** | $1,246.31 |
|---|---|