B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re __HRH Construction, LLC__ ,  Case No. __09-23665 (RDD)(Jointly Administered)__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| __Metal Lathers Union Local 46__ | __Earl P. Lovell & S.P. Belcher, Inc.__ |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: **C/O Kennedy, Jennik & Murray, PC 113 University Place, 7th Fl New York, NY 10003**

Court Claim # (if known): _____
Amount of Claim: **$4,500.00**
Date Claim Filed: _____

Phone: __212-358-1500__
Last Four Digits of Acct #: _____

Phone: __212-732-1575__
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __[signature]__  Date: __8/26/10__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B6F (Official Form 6F) (12/07) - Cont.

In re **HRH Construction LLC**  
_____,  
Debtor

Case No. **09-23665**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Dinkes & Schwitzer<br>William Hamel<br>112 Madison Ave, 10th Fl.<br>New York, NY 10016 | - | | Pending litigation: Tavares, Thomas v HRH Construction | | | X | Unknown |
| Account No.<br><br>DLK Services, Inc.<br>12 Croyden Lane<br>New City, NY 10956 | - | | Vendor | | | | 48,000.00 |
| Account No.<br><br>DYKES LUMBER CO., INC.<br>1899 PARK AVENUE<br>P.O. BOX 857<br>WEEHAWKEN, NJ 07087 | - | | Vendor | | | | 12,463.00 |
| Account No.<br><br>EARL B.LOVELL/S.P.BELCHER, INC<br>11 PARK PLACE, SUITE 702<br>NEW YORK, NY 10007 | - | | Vendor | | | | 4,500.00 |
| Account No.<br><br>Edward J Wilson Esq.<br>The Robert Treat Center<br>50 Park Place, Ste 925<br>Newark, NJ 07102 | - | | Johnson Daniel v HRH Construction LLC | | | X | Unknown |

Sheet no. **12** of **48** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **64,963.00**

# EVIDENCE OF TRANSFER OF CLAIM

EARL P. LOVELL & S.P. BELCHER INC., it successors and assigns (collectively "Assignor"), pursuant to the Transfer of Claim Agreement dated August 26, 2010, has hereby absolutely and unconditionally sold, transferred and assigned to Metal Lathers Union Local 46, its successors and assigns (collectively "Assignee") the general unsecured claim (the "Claim"), in the amount of $4,500.00 against HRH Construction, LLC (the "debtor") in the bankruptcy proceedings (the "proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 09-23665 (RDD)(Jointly Administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearings requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 26 day of August 2010.

(Assignor)
EARL P. LOVELL & S.P. BELCHER INC.
By: _[signature]_
Name: JOSEPH J. ENTLER
Title: PRESIDENT

(Assignee)
Metal Lathers Union Local 46
By: _[signature]_
Name: Christopher Gant
Title: Attorney

(Assignor)
Witness:

By: _[signature]_
Name: MARILYN CUTICK
Title: Secretary