# NEW YORK DISTRICT COUNCIL OF CARPENTERS

## BENEFIT FUNDS

**Stuart R. GraBois**
Executive Director

395 Hudson Street
New York, N.Y. 10014
Telephone: (212) 366-7300
Fax: (212) 366-7444

**UNION TRUSTEES**

Frank G. Spencer
Co-Chairman
Lawrence D'Errico
Charles Harkin
Peter Thomassen

**MANAGEMENT TRUSTEES**

Paul O'Brien
Co-Chairman
John A. Brunetti
George Greco
David T. Meberg
Kevin O'Callaghan
Michael Weber

*June 16, 2010*

**H R H Construction LLC**
**50 Main Street 15ᵗʰ Floor**
**White Plains, NY 10606**

RE: Delinquency in Fringe Benefit Contributions <u>for the period 09/06/2009 – 04/11/2010</u>

Dear Sir/Madam:

Enclosed are the results of the audit of the books and records of the above named company for the period indicated as performed by Schultheis & Panettieri, CPAs for the New York District Council of Carpenters Benefit Funds ("Funds"). The enclosed audit report indicates a delinquency in fringe benefit contributions in the amount of $37,230.30. This figure represents principal, interest and interest due for the late payment of benefits during the audit period. Also, include a separate check for the Promo Fund in the amount of $1,542.24.

**IMPORTANT NOTICE:** If this audit is paid within fourteen (14) days of the date of this letter, there will be no *delinquency assessment charge* of $7,293.89. If payment is made after 14 days, kindly include the delinquency assessment of $7,293.89 with your payment. *Also, daily interest will be charged and added to any amounts due.*

*If you agree with the findings of the enclosed audit, you must pay the delinquent fringe benefit contributions within fourteen (14) days of the date of this letter. Mail your check, made payable to "NYDCC Benefit Funds", to Schultheis & Panettieri, CPAs at 210 Marcus Boulevard, Hauppauge, NY 11788-3701. Telephone: (631) 273-4778.*

If you dispute the findings of this audit, you must respond within fourteen (14) days of the date of this letter by submitting *detailed exceptions* to Schultheis & Panettieri, CPAs at the address listed above. Your exceptions will be reviewed and a response given to you shortly thereafter. At that point, immediate payment of any delinquencies will be required.

If you do not have the ability for an immediate payment and need a payment plan, please contact Dan Ryan of the Legal Department of the Funds at (212) 366-7522. Please be aware that any payment plan is strictly subject to approval by the Delinquency Committee or the Board of Trustees.

*If you fail to pay the delinquent fringe benefit contributions within fourteen (14) days from the date of this letter and have not submitted your exceptions to our CPAs within that time, the Funds may institute suit in Federal Court or commence an arbitration proceeding to collect the amount due and the additional damages to which they are entitled under the Employee Retirement Income Security Act, including (i) liquidated damages, (ii) interest imposed by statute, (iii) attorney's fees, and (iv) court costs. Also, the Funds may seize without further notice to you any surety your company may have posted, in which event your company may no longer be in compliance with its existing contract.*

## Also, The New York District Council Will Be Notified And Advised To Take Further Action.

Very truly yours,



Stuart R. GraBois,
Executive Director

cc: Schultheis & Panettieri, CPAs L. Powers
    D. Ryan              P. Giudice



# NYDCC  AUDIT NOTES

| | | | |
|---|---|---|---|
| **Union Name :** | NYDCC | **Fed ID # :** | 13-4145236 |
| **Employer :** | H R H CONSTRUCTION LLC (POST-PETITION) | | |
| **Telephone # :** | (914)993-5559 | **Fax # :** | (914)993-5902 |
| **Account Types :** | 1/P | | |
| **Account # :** | 239 | | |
| **Audit Period :** | **From:** 09/06/2009 | **To:** | 04/11/2010 |
| **Employer Contact   (Position) :** | DEBORAH LAIDLOW | | (PAYROLL MANAGER) |
| **Appointment Address :** | 50 MAIN STREET 15TH FLOOR, WHITE PLAINS, NY 10606 | | |
| **Employer Current Address :** | 50 MAIN STREET 15TH FLOOR, WHITE PLAINS, NY 10606 | | |
| **Employer Mailing Address :** | 50 MAIN STREET 15TH FLOOR, WHITE PLAINS, NY 10606 | | |
| **Email Address :** | n/a | | |
| **Principal    (Position):** | BRAD SINGER | | (PRESIDENT) |
| **All Field Work Dates :** | 4/21/2010 | | |
| **Date Handed In For Review :** | 04/22/2010 | | |
| **Auditors Name :** | CODY TACKTILL | | |
| **Total Deficiency :** | $ 44,524.19 | | |

## Items Used To Complete This Audit

| | | | |
|---|---|---|---|
| **Type Of Payroll Viewed:** | ADP WEEKLY, TIMBERLINE | | |
| **Quarterly Taxes:** | YES | **Shop Steward Reports:** | YES |
| **W2's:** | YES | **General Ledger:** | YES |
| **Cash Disbursements Journal** | YES | **Other Trade Reports:** | NO |
| **Are there any shortage claims filed for report dated  05/19/2010** | | | NO |

**Exit Interview:**

| | | | |
|---|---|---|---|
| **Audit Results Discussed With:** | DEBORAH LAIDLOW | | (PAYROLL MANAGER) |
| **Date:** | 04/21/2010 | **Agreed to findings?** | YES |

**Audit Notes:**

Reason For Audit:   BANKRUPTCY

The findings are due to insufficient benefit purchases (938.0 hours).

Late payment interest totaling $69.92 is also included in the above deficiency.

The Contractors Association of Greater New York promo fund was not paid into for (133.0 hours), therefore these hours were included in the promo fund assessment.

The last quarterly taxes viewed were 4th quarter 2009. 1st quarter 2010 taxes were not yet filed.

The company filed Chapter 11 Bankruptcy on September 6, 2009. This is the post-petition part of the audit.

All documents were titled HRH III LLC, but had HRH Construction LLC tax ID number listed. HRH Construction LLC is traded as HRH III LLC.

# NEW YORK DISTRICT COUNCIL OF CARPENTERS BENEFIT FUNDS

5/19/2010

| | | | |
|---|---|---|---|
| **Employer** | H R H CONSTRUCTION LLC (POST-PETITION) | | |
| **Address** | 50 MAIN STREET 15TH FLOOR, WHITE PLAINS, NY 10606 | | |
| **Mail Recap To** | 50 MAIN STREET 15TH FLOOR, WHITE PLAINS, NY 10606 | | |
| **Telephone #** | (914)993-5559 | **Fax #** | (914)993-5902 |
| **Email Address** | n/a | | |
| **Contact** | DEBORAH LAIDLOW | **Position** | PAYROLL MANAGER |
| **Principal** | BRAD SINGER | **Position** | PRESIDENT |
| **Audit Period** | 09/06/2009  - 04/11/2010 | **Account(s)** | 1/P          239 |

**Agreement**

Contractors Assn of Greater NY, Inc.

**Periods**

07/01/2002  **To**  06/30/2011

**Surety Information**

No Current Surety

### Fringe Benefits Due

| | | |
|---|---|---|
| **Principal** | $ | 36,469.44 |
| **Interest thru 05/19/2010** | | 690.94 |
| **Late Payment Interest** | | 69.92 |
| **Sub Total (if paid within 14 days)** | | 37,230.30 |
| **20% Delinquency Assessment** | | 7,293.89 |
| **Total Due (if paid after 14 days)** | $ | 44,524.19 |

### Promotional Fund

Contractors Association Of Greater New York

| | | |
|---|---|---|
| **Adjusted Due** | $ | 1,542.24 |
| **Balance Due-Current Audit** | $ | 1,542.24 |

# NYDCC   ANALYSIS OF FINDINGS

**5/19/2010**

**Employer**      H R H CONSTRUCTION LLC (POST-PETITION)
**Audit Period**      09/06/2009    To    04/11/2010
**Account #**      239

| | Hours | Principal | Account | Period | % |
|---|---|---|---|---|---|
| **Insufficient Benefit Purchases** | 427.00 | 16,601.76 | Journey | 2009/2nd half | 45.52 |
| **Insufficient Benefit Purchases** | 511.00 | 19,867.68 | Journey | 2010/1st half | 54.48 |

| | | |
|---|---|---|
| **Total Principal Due** | $ | 36,469.44 |
| **Less On Account Money** | | 0.00 |
| **Net Principal Due** | | 36,469.44 |
| **Interest Due** | | 690.94 |
| **Delinquency Assessment** | | 7,293.89 |
| **Total Due** | $ | 44,454.27 |

# NYDCC PURCHASE ANALYSIS

### H R H CONSTRUCTION LLC (POST-PETITION)
### Account #239
### From 09/06/2009 To 04/11/2010

| Group Number | Work Period | Deposit Date | Reported Hours | Days Late | Late Interest Due |
|---|---|---|---|---|---|
| 111 | | | | | |
| 111 | 09/20/2009 | 12/23/2009 | 133.00 | 94.00 | 69.92 |
| Totals for group number 111 ===> | | | 133.00 | | 69.92 |
| Total Late Interest Due : | | | 133.00 | $ | 69.92 |

# NYDCC FRINGE BENEFIT DEFICIENCY HOURLY REPORT

## H R H CONSTRUCTION LLC (POST-PETITION)
### Account #239
### From 09/06/2009 To 04/11/2010

| Week Ending | SSN | Name | PR | Addl PR | Out of Juris | Shop Steward | Total Audited | Funded Benefits | Difference | Pymt Plan | Revision | Adjusted Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **Hours** | | | | |

**Group Number 111**

| Week Ending | SSN | Name | PR | Addl PR | Out of Juris | Shop Steward | Total Audited | Funded Benefits | Difference | Pymt Plan | Revision | Adjusted Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/04/2009 | XXX-XX-5243 | KUKS'EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| 10/11/2009 | XXX-XX-5243 | KUKS'EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| 10/18/2009 | XXX-XX-5243 | KUKS'EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| 10/25/2009 | XXX-XX-5243 | KUKS'EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| 11/01/2009 | XXX-XX-5243 | KUKS'EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| 11/08/2009 | XXX-XX-5243 | KUKS'EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| 11/15/2009 | XXX-XX-5243 | KUKS'EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| 11/22/2009 | XXX-XX-5243 | KUKS'EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| 11/29/2009 | XXX-XX-5243 | KUKS'EDWARD | 21.00 | 0.00 | 0.00 | 0.00 | 21.00 | 0.00 | 21.00 | 0.00 | 0.00 | 21.00 |
| 12/06/2009 | XXX-XX-5243 | KUKS'EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| 12/13/2009 | XXX-XX-5243 | KUKS'EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| 12/20/2009 | XXX-XX-5243 | KUKS'EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| 12/27/2009 | XXX-XX-5243 | KUKS'EDWARD | 21.00 | 0.00 | 0.00 | 0.00 | 21.00 | 0.00 | 21.00 | 0.00 | 0.00 | 21.00 |
| 01/03/2010 | XXX-XX-5243 | KUKS'EDWARD | 21.00 | 0.00 | 0.00 | 0.00 | 21.00 | 0.00 | 21.00 | 0.00 | 0.00 | 21.00 |
| 01/10/2010 | XXX-XX-5243 | KUKS'EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| 01/17/2010 | XXX-XX-5243 | KUKS'EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| 01/24/2010 | XXX-XX-5243 | KUKS'EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| 01/31/2010 | XXX-XX-5243 | KUKS'EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| 02/07/2010 | XXX-XX-5243 | KUKS'EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| 02/14/2010 | XXX-XX-5243 | KUKS'EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| 02/21/2010 | XXX-XX-5243 | KUKS'EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| 02/28/2010 | XXX-XX-5243 | KUKS'EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| 03/07/2010 | XXX-XX-5243 | KUKS'EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| 03/14/2010 | XXX-XX-5243 | KUKS'EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| 03/21/2010 | XXX-XX-5243 | KUKS'EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| 03/28/2010 | XXX-XX-5243 | KUKS'EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| 04/04/2010 | XXX-XX-5243 | KUKS'EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| 04/11/2010 | XXX-XX-5243 | KUKS'EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| **Totals for group number 111 ===>** | | | **938.00** | **0.00** | **0.00** | **0.00** | **938.00** | **0.00** | **938.00** | **0.00** | **0.00** | **938.00** |
| **Report Totals ====>** | | | **938.00** | **0.00** | **0.00** | **0.00** | **938.00** | **0.00** | **938.00** | **0.00** | **0.00** | **938.00** |

5/19/2010

# NYDCC FRINGE BENEFIT DEFICIENCY

## H R H CONSTRUCTION LLC (POST-PETITION)
### Account #239
### From 09/06/2009 To 04/11/2010

| Week Ending | SSN | Name | Group Number | Total Hours | Fringe Rate | Fringes Due | Interest | Total Amt Due |
|---|---|---|---|---|---|---|---|---|
| 10/04/2009 | XXX-XX-5243 | KUKS*EDWARD | 111 | 35.00 | 38.88 | 1,360.80 | 44.43 | 1,405.23 |
| 10/11/2009 | XXX-XX-5243 | KUKS*EDWARD | 111 | 35.00 | 38.88 | 1,360.80 | 43.06 | 1,403.86 |
| 10/18/2009 | XXX-XX-5243 | KUKS*EDWARD | 111 | 35.00 | 38.88 | 1,360.80 | 41.69 | 1,402.49 |
| 10/25/2009 | XXX-XX-5243 | KUKS*EDWARD | 111 | 35.00 | 38.88 | 1,360.80 | 40.32 | 1,401.12 |
| 11/01/2009 | XXX-XX-5243 | KUKS*EDWARD | 111 | 35.00 | 38.88 | 1,360.80 | 38.95 | 1,399.75 |
| 11/08/2009 | XXX-XX-5243 | KUKS*EDWARD | 111 | 35.00 | 38.88 | 1,360.80 | 37.58 | 1,398.38 |
| 11/15/2009 | XXX-XX-5243 | KUKS*EDWARD | 111 | 35.00 | 38.88 | 1,360.80 | 36.21 | 1,397.01 |
| 11/22/2009 | XXX-XX-5243 | KUKS*EDWARD | 111 | 35.00 | 38.88 | 1,360.80 | 34.84 | 1,395.64 |
| 11/29/2009 | XXX-XX-5243 | KUKS*EDWARD | 111 | 21.00 | 38.88 | 816.48 | 20.08 | 836.56 |
| 12/06/2009 | XXX-XX-5243 | KUKS*EDWARD | 111 | 35.00 | 38.88 | 1,360.80 | 32.10 | 1,392.90 |
| 12/13/2009 | XXX-XX-5243 | KUKS*EDWARD | 111 | 35.00 | 38.88 | 1,360.80 | 30.73 | 1,391.53 |
| 12/20/2009 | XXX-XX-5243 | KUKS*EDWARD | 111 | 35.00 | 38.88 | 1,360.80 | 29.36 | 1,390.16 |
| 12/27/2009 | XXX-XX-5243 | KUKS*EDWARD | 111 | 21.00 | 38.88 | 816.48 | 16.79 | 833.27 |
| 01/03/2010 | XXX-XX-5243 | KUKS*EDWARD | 111 | 21.00 | 38.88 | 816.48 | 15.97 | 832.45 |
| 01/10/2010 | XXX-XX-5243 | KUKS*EDWARD | 111 | 35.00 | 38.88 | 1,360.80 | 25.25 | 1,386.05 |
| 01/17/2010 | XXX-XX-5243 | KUKS*EDWARD | 111 | 35.00 | 38.88 | 1,360.80 | 23.88 | 1,384.68 |
| 01/24/2010 | XXX-XX-5243 | KUKS*EDWARD | 111 | 35.00 | 38.88 | 1,360.80 | 22.51 | 1,383.31 |
| 01/31/2010 | XXX-XX-5243 | KUKS*EDWARD | 111 | 35.00 | 38.88 | 1,360.80 | 21.14 | 1,381.94 |
| 02/07/2010 | XXX-XX-5243 | KUKS*EDWARD | 111 | 35.00 | 38.88 | 1,360.80 | 19.77 | 1,380.57 |
| 02/14/2010 | XXX-XX-5243 | KUKS*EDWARD | 111 | 35.00 | 38.88 | 1,360.80 | 18.40 | 1,379.20 |

5/19/2010

# H R H CONSTRUCTION LLC (POST-PETITION)
## Account #239
### From 09/06/2009 To 04/11/2010

| Week Ending | SSN | Name | Group Number | Total Hours | Fringe Rate | Fringes Due | Interest | Total Amt Due |
|---|---|---|---|---|---|---|---|---|
| 02/21/2010 | XXX-XX-5243 | KUKS*EDWARD | 111 | 35.00 | 38.88 | 1,360.80 | 17.03 | 1,377.83 |
| 02/28/2010 | XXX-XX-5243 | KUKS*EDWARD | 111 | 35.00 | 38.88 | 1,360.80 | 15.66 | 1,376.46 |
| 03/07/2010 | XXX-XX-5243 | KUKS*EDWARD | 111 | 35.00 | 38.88 | 1,360.80 | 14.29 | 1,375.09 |
| 03/14/2010 | XXX-XX-5243 | KUKS*EDWARD | 111 | 35.00 | 38.88 | 1,360.80 | 12.92 | 1,373.72 |
| 03/21/2010 | XXX-XX-5243 | KUKS*EDWARD | 111 | 35.00 | 38.88 | 1,360.80 | 11.55 | 1,372.35 |
| 03/28/2010 | XXX-XX-5243 | KUKS*EDWARD | 111 | 35.00 | 38.88 | 1,360.80 | 10.18 | 1,370.98 |
| 04/04/2010 | XXX-XX-5243 | KUKS*EDWARD | 111 | 35.00 | 38.88 | 1,360.80 | 8.81 | 1,369.61 |
| 04/11/2010 | XXX-XX-5243 | KUKS*EDWARD | 111 | 35.00 | 38.88 | 1,360.80 | 7.44 | 1,368.24 |
| **Totals for Group Number 111 ===>** | | | | 938.00 | | 36,469.44 | 690.94 | 37,160.38 |
| **Grand Totals ===>** | | | | 938.00 | | 36,469.44 | 690.94 | 37,160.38 |

5/19/2010

# NYDCC Quarterly Report

## H R H CONSTRUCTION LLC (POST-PETITION)
### Account #239
### From 09/06/2009 To 04/11/2010

| Name | Quarter Ending | SSN | Group Number | PR | Addl PR | Out of Juris | Shop Steward | Hours Total Audited | Funded Benefits | Pymt Plan | Revisions | Adjusted Total |
|------|---------------|-----|--------------|-----|---------|--------------|--------------|---------------------|-----------------|-----------|-----------|----------------|
| KUKS*EDWARD | 2009/3rd | XXX-XX-5243 | 111 | 133.00 | 0.00 | 0.00 | 0.00 | 133.00 | 133.00 | 0.00 | 0.00 | 0.00 |
| KUKS*EDWARD | 2009/4th | XXX-XX-5243 | 111 | 427.00 | 0.00 | 0.00 | 0.00 | 427.00 | 0.00 | 0.00 | 0.00 | 427.00 |
| KUKS*EDWARD | 2010/1st | XXX-XX-5243 | 111 | 441.00 | 0.00 | 0.00 | 0.00 | 441.00 | 0.00 | 0.00 | 0.00 | 441.00 |
| KUKS*EDWARD | 2010/2nd | XXX-XX-5243 | 111 | 70.00 | 0.00 | 0.00 | 0.00 | 70.00 | 0.00 | 0.00 | 0.00 | 70.00 |
| | | | | 1,071.00 | 0.00 | 0.00 | 0.00 | 1,071.00 | 133.00 | 0.00 | 0.00 | 938.00 |
| | | | | 1,071.00 | 0.00 | 0.00 | 0.00 | 1,071.00 | 133.00 | 0.00 | 0.00 | 938.00 |

5/19/2010

# NYDCC AUDIT HOURS BY WEEK ENDING DATE

## H R H CONSTRUCTION LLC (POST-PETITION)
### Account #239
### From 09/06/2009 To 04/11/2010

| Group Number | SSN | Name | PR | Addl PR | Out of Juris | Shop Steward | Total Audited | Funded Benefits | Difference | Pymt Plan | Revisions | Adjusted Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **09/20/2009** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 133.00 | 0.00 | 0.00 | 0.00 | 133.00 | 133.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **10/04/2009** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| **10/11/2009** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| **10/18/2009** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| **10/25/2009** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| **11/01/2009** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| **11/08/2009** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| **11/15/2009** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| **11/22/2009** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| **11/29/2009** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 21.00 | 0.00 | 0.00 | 0.00 | 21.00 | 0.00 | 21.00 | 0.00 | 0.00 | 21.00 |
| **12/06/2009** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| **12/13/2009** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| **12/20/2009** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |

05/19/2010

# H R H CONSTRUCTION LLC (POST-PETITION)
## Account #239
## From 09/06/2009 To 04/11/2010

| Group Number | SSN | Name | PR | Addl PR | Out of Juris | Shop Steward | Total Audited | Funded Benefits | Difference | Pymt Plan | Revisions | Adjusted Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **12/27/2009** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 21.00 | 0.00 | 0.00 | 0.00 | 21.00 | 0.00 | 21.00 | 0.00 | 0.00 | 21.00 |
| **01/03/2010** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 21.00 | 0.00 | 0.00 | 0.00 | 21.00 | 0.00 | 21.00 | 0.00 | 0.00 | 21.00 |
| **01/10/2010** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| **01/17/2010** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| **01/24/2010** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| **01/31/2010** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| **02/07/2010** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| **02/14/2010** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| **02/21/2010** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| **02/28/2010** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| **03/07/2010** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| **03/14/2010** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| **03/21/2010** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |

05/19/2010

# H R H CONSTRUCTION LLC (POST-PETITION)
## Account #239
## From 09/06/2009 To 04/11/2010

| | | | | | | | Hours | | | | | |
| Group Number | SSN | Name | PR | Addl PR | Out of Juris | Shop Steward | Total Audited | Funded Benefits | Difference | Pymt Plan | Revisions | Adjusted Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **03/28/2010** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| **04/04/2010** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| **04/11/2010** | | | | | | | | | | | | |
| 111 | XXX-XX-5243 | KUKS*EDWARD | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | 0.00 | 0.00 | 35.00 |
| | | | 1,071.00 | 0.00 | 0.00 | 0.00 | 1,071.00 | 133.00 | 938.00 | 0.00 | 0.00 | 938.00 |

05/19/2010

# NYDCC  PROMOTIONAL FUND CALCULATION

**Employer**    H R H CONSTRUCTION LLC (POST-PETITION)

**Account #**    239

5/19/2010

| Period | Promo Type | Rate / Hour | Hours Deficiency | Hours Unpaid | Total | Amount Due |
|---|---|---|---|---|---|---|
| **Promotional Fund** | Contractors Association Of Greater New York | | | | | |
| 09/06/2009 To 04/11/2010 | Contractors Association Of Greater New York | 1.44 | 938.00 | 133.00 | 1,071.00 | $ 1,542.24 |
| | Sub totals for Contractors Association Of Greater New York | | 938.00 | 133.00 | 1,071.00 | 1,542.24 |

| | |
|---|---|
| SUBTOTAL | 1,542.24 |
| ON ACCOUNT | 0.00 |
| TOTAL | $ 1,542.24 |