| | | |
|---|---|---|
| **Draft Date:** | 10/14/2010 | |
| **Mailed Date:** | | |
| **Signed Date:** | | |
| **Employer:** | H R H Construction LLC | |
| **Address:** | 50 Main Street, 15th Floor | |
| | White Plains, NY 10606 | |
| **Acct. #:** | 00239 | |
| **Phone #:** | 914-993-5559 | |
| **Fax #:** | 914-993-5902 | |

**Owner:** Brad Singer
**Title:** President

**Purpose & Period:** Outstanding Audit Balance from 09/06/2009 to 04/11/2010
Delinquencies for the Period of 04/18/2010 to 06/27/2010

### Audit Deficiency

| | |
|---|---|
| **Audit Principal:** | $ 36,469.44 |
| **Audit Interest:** | $ 690.94 |
| **Late Payment Interest:** | $ 69.92 |
| **Promotional Fund:** | $ 1,542.24   **Promo Type:** Contractors Assn. of Greater NY |
| **Delinquency Assessment:** | $ 7,293.89 |
| **Accrued Interest:** | $ 776.35 |
| **Total Audit Balance:** | $ 46,842.78 |

### Post-Audit Deficiency

| | |
|---|---|
| **Delinquency Principal:** | $ 13,880.16 |
| **Promotional Fund:** | $ 535.50   **Promo Type:** Contractors Assn. of Greater NY |
| **Accrued Interest:** | $ 293.00 |
| **Total Post-Audit Deficiency:** | $ 14,708.66 |

| | |
|---|---|
| **Total Balance Due:** | $ 61,551.44 |
| **Interest Calculated Through:** | 10/14/10 |

Company: H R H Construction LLC
Account #: 00239
Period: 09/06/2009 to 04/11/2010
04/18/2010 to 06/27/2010

Interest & Amortization Calculation as of : 10/14/2010

## Interest Calculation on Delinquency Period

| Audit Period | Audit Principal | Interest From | Interest Through | No of Days | Principal Due | Int Rate 5.25% | Delinquency Interest |
|---|---|---|---|---|---|---|---|
| 09/09 - 04/10 | $36,469.44 | 05/19/10 | 10/14/10 | 148.00 | $ 36,469.44 | | $ 776.35 |
| | | | | Totals: | $ 36,469.44 | | $ 776.35 |

Interest & Amortization Calculation as of : 10/14/2010

## Interest Calculation on Delinquency Period

| J/M Hrs | App Hrs | J/M Rate | App Rate | Week Ending | Interest Through | No of Days | Principal Due | Int Rate 5.25% | Delinquency Interest |
|---|---|---|---|---|---|---|---|---|---|
| 35 | 0 | $ 38.88 | $ 26.13 | 04/18/10 | 10/14/10 | 179.00 | $ 1,360.80 | | $ 35.04 |
| 35 | 0 | $ 38.88 | $ 26.13 | 04/25/10 | 10/14/10 | 172.00 | $ 1,360.80 | | $ 33.67 |
| 35 | 0 | $ 38.88 | $ 26.13 | 05/02/10 | 10/14/10 | 165.00 | $ 1,360.80 | | $ 32.30 |
| 35 | 0 | $ 38.88 | $ 26.13 | 05/09/10 | 10/14/10 | 158.00 | $ 1,360.80 | | $ 30.93 |
| 35 | 0 | $ 38.88 | $ 26.13 | 05/16/10 | 10/14/10 | 151.00 | $ 1,360.80 | | $ 29.56 |
| 35 | 0 | $ 38.88 | $ 26.13 | 05/23/10 | 10/14/10 | 144.00 | $ 1,360.80 | | $ 28.19 |
| 35 | 0 | $ 38.88 | $ 26.13 | 05/30/10 | 10/14/10 | 137.00 | $ 1,360.80 | | $ 26.82 |
| 35 | 0 | $ 38.88 | $ 26.13 | 06/06/10 | 10/14/10 | 130.00 | $ 1,360.80 | | $ 25.45 |
| 35 | 0 | $ 38.88 | $ 26.13 | 06/13/10 | 10/14/10 | 123.00 | $ 1,360.80 | | $ 24.07 |
| 35 | 0 | $ 38.88 | $ 26.13 | 06/20/10 | 10/14/10 | 116.00 | $ 1,360.80 | | $ 22.70 |
| 7 | 0 | $ 38.88 | $ 26.13 | 06/27/10 | 10/14/10 | 109.00 | $ 272.16 | | $ 4.27 |
| | | | | | | Totals: | $ 13,880.16 | | $ 293.00 |

| | |
|---:|---:|
| Current Delinquency Principal | $ 13,880.16 |
| Audit Principal | $ 36,469.44 |
| Audit Interest | $ 690.94 |
| Late Payment Interest | $ 69.92 |
| Delinquency Assessment: | $ 7,293.89 |
| Promotional Fund | $ 2,077.74 |
| Accrued Interest | $ 1,069.35 |
| Total Amount Due | $ 61,551.44 |

| Promo Fund Calculation | | | |
|---|---|---|---|
| Type | Hours | Rate | |
| Contractors Assn. of Greater NY | 357 | $ 1.50 | $ 535.50 |
| Contractors Assn. of Greater NY | From Audit | | $ 1,542.24 |
| | | Total Due Promo Fund: | $ 2,077.74 |

| Company: | H R H Construction LLC | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account #: | 00239 | | | | | | | | | | | |
| Period: | 09/06/2009 to 04/11/2010 | | | | | | | | | | | |
| | 04/18/2010 to 06/27/2010 | | | | | | | | | | | |

| Member Name | Soc Sec Num | 04/18/10 | 04/25/10 | 05/02/10 | 05/09/10 | 05/16/10 | 05/23/10 | 05/30/10 | 06/06/10 | 06/13/10 | 06/20/10 | 06/27/10 | Audited Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **JOURNEYMEN (111)** | | | | | | | | | | | | | |
| Kuks, Edward | XXX-XX-5243 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 7.0 | 357.00 |
| | TOTAL HOURS: | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 7.0 | 357.0 |
| | RATE: | $ 38.88 | $ 38.88 | $ 38.88 | $ 38.88 | $ 38.88 | $ 38.88 | $ 38.88 | $ 38.88 | $ 38.88 | $ 38.88 | $ 38.88 | |
| | TOTAL DUE: | $ 1,360.80 | $ 1,360.80 | $ 1,360.80 | $ 1,360.80 | $ 1,360.80 | $ 1,360.80 | $ 1,360.80 | $ 1,360.80 | $ 1,360.80 | $ 1,360.80 | $ 272.16 | $ 13,880.16 |

All hours are from shortage claims filed by Mr. Kuks except week ending 06/27/10. These hours were submitted by H R H when they requested a payment plan.