# FAX

**Kevin A. Kane**
**HRH Construction, LLC**
11 Martine Ave. 10th Floor
White Plains, NY 10606
Phone: (914) 993-5559
Fax: (914) 993-5906
E-Mail: kkane@hrhllc.com

To: Kathleen Flannery
Phone number:
Fax number: (212) 366-7532

Date: 7/7/2010

Regarding:
**Carpenter Benefits**

# of pages including cover:   3

**Comments:**

Kathleen;

Attached please find the detailed listing by employee of the benefits outstanding since our bankruptcy filing date of September 6, 2009. Please let me know how you would like to proceed with a payment plan.

Kind Regards;

Kevin A. Kane
HRH Construction LLC
Chief Financial Officer

*All hours except w/c 6/27/10 (7 hrs) picked up in audits/shortage reports*

**H R H CONSTRUCTION LLC**  
**50 MAIN STREET 15th FLOOR**  
**NEW YORK, NY 10016**  
**FED ID #    134145236**  
**EMPLOYER #    00239**  
**GROUP #    02611-PA**

**NY DISTRICT COUNCIL OF**  
**CARPENTERS BENEFIT FUNDS**  
**c/o STANDARD DATA CORPORATION**  
**26 JOURNAL, SQUARE**  
**JERSEY CITY, NJ 07306**

FOR THE WEEK ENDING - 09/27/09 thru 06/27/10

| Week Ended | NAME OF EMPLOYEES | SOCIAL SECURITY # | HOURS |
|---|---|---|---|
| 27-Sep-09 | KUKS, EDWARD J. | | 35.00 |
| 4-Oct-09 | KUKS, EDWARD J. | | 35.00 |
| 11-Oct | KUKS, EDWARD J. | | 35.00 |
| 18-Oct | KUKS, EDWARD J. | | 35.00 |
| 25-Oct | KUKS, EDWARD J. | | 35.00 |
| 1-Nov | KUKS, EDWARD J. | | 35.00 |
| 8-Nov | KUKS, EDWARD J. | | 35.00 |
| 15-Nov | KUKS, EDWARD J. | | 35.00 |
| 22-Nov | KUKS, EDWARD J. | | 35.00 |
| 29-Nov | KUKS, EDWARD J. | | 21.00 |
| 6-Dec | KUKS, EDWARD J. | | 35.00 |
| 13-Dec | KUKS, EDWARD J. | | 35.00 |
| 20-Dec | KUKS, EDWARD J. | | 35.00 |
| 27-Dec | KUKS, EDWARD J. | | 21.00 |
| 3-Jan-10 | KUKS, EDWARD J. | | 21.00 |
| 10-Jan | KUKS, EDWARD J. | | 35.00 |
| 17-Jan | KUKS, EDWARD J. | | 35.00 |
| 24-Jan | KUKS, EDWARD J. | | 35.00 |
| 31-Jan | KUKS, EDWARD J. | | 35.00 |
| 7-Feb | KUKS, EDWARD J. | | 35.00 |
| 14-Feb | KUKS, EDWARD J. | | 35.00 |
| 21-Feb | KUKS, EDWARD J. | | 35.00 |
| 28-Feb | KUKS, EDWARD J. | | 35.00 |
| 7-Mar | KUKS, EDWARD J. | | 35.00 |
| 14-Mar | KUKS, EDWARD J. | | 35.00 |
| 21-Mar | KUKS, EDWARD J. | | 35.00 |
| 28-Mar | KUKS, EDWARD J. | | 35.00 |
| 4-Apr | KUKS, EDWARD J. | | 35.00 |
| 11-Apr | KUKS, EDWARD J. | | 35.00 |
| 18-Apr | KUKS, EDWARD J. | | 35.00 |
| 25-Apr | KUKS, EDWARD J. | | 35.00 |
| 2-May | KUKS, EDWARD J. | | 35.00 |
| 9-May | KUKS, EDWARD J. | | 35.00 |

H R H CONSTRUCTION LLC  
50 MAIN STREET 15th FLOOR  
NEW YORK, NY 10016  
FED ID #    134145236  
EMPLOYER #    00239  
GROUP #   02611-PA  

NY DISTRICT COUNCIL OF  
CARPENTERS BENEFIT FUNDS  
c/o STANDARD DATA CORPORATION  
26 JOURNAL, SQUARE  
JERSEY CITY, NJ 07306  

FOR THE WEEK ENDING - 09/27/09 thru 06/27/10

| Week Ended | NAME OF EMPLOYEES | SOCIAL SECURITY # | HOURS |
|---|---|---|---|
| 16-May | KUKS, EDWARD J. | | 35.00 |
| 23-May | KUKS, EDWARD J. | | 35.00 |
| 30-May | KUKS, EDWARD J. | | 35.00 |
| 6-Jun | KUKS, EDWARD J. | | 35.00 |
| 13-Jun | KUKS, EDWARD J. | | 35.00 |
| 20-Jun | KUKS, EDWARD J. | | 35.00 |
| 27-Jun | KUKS, EDWARD J. | | 7.00  *In Plan* |
| | (last day worked 06-21-10) | | |
| | **TOTAL HOURS FOER 40 WEEKS** | | **1,330.00** |