UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
In re:                                                      :
                                                            :   Chapter 11
                                                            :
HRH CONSTRUCTION LLC, *et al.*,                             :   Case No. 09-23665 (RDD)
                                                            :
                        Debtor.                             :   Jointly Administered
----------------------------------------------------------- X

## ORDER DIRECTING DEBTOR TO (I) PAY PENSION AND WELFARE FUND CONTRIBUTIONS INCURRED POST-PETITION AND (II) REMAIN CURRENT IN PAYMENT OF FUTURE CONTRIBUTIONS

This matter having come before the Court on the New York City District Council of Carpenters Benefit Funds' ("Claimant's") Motion For An Order Under 11 U.S.C. §§ 503(b)(1)(A) and 1113(f) Directing Debtor to (I) Pay Pension and Welfare Fund Contributions Incurred Post-Petition and (II) Remain Current In Payment Of Future Contributions, dated October 22, 2010 (the "Motion")[1], pursuant to which Claimant sought an order, among other things: (i) authorizing and directing immediate payment to Claimant of the Post-Petition Claim; (ii) directing the Debtor to remain current on its payment of future contributions to Claimant consistent with the terms of the Collective Bargaining Agreement; and (iii) awarding, and directing payment of Claimant's attorney's fees and costs incurred in connection with prosecution of this Motion; and the Court having reviewed the Motion and any objections thereto; and the Court having considered the arguments of counsel made, and the evidence proffered or adduced, at the hearing on the motion (the "Hearing"); and upon the record of the Hearing and these chapter 11 cases, and after due deliberation thereon, and good cause appearing therefor, it is hereby;

**ORDERED**, that the Motion is GRANTED in its entirety; and it is further

---
[1] Unless otherwise defined, capitalized terms used herein shall have the meanings assigned to them in the Motion.

**ORDERED**, that the Debtor shall, within 5 days of entry of this order, pay to Claimant the sum of $61,551.44, comprising the Post-Petition Claim; and it is further

**ORDERED**, that the Debtor shall remain current in its payment of future contributions to Claimant consistent with the terms of the Collective Bargaining Agreement; and it is further

**ORDERED**, that upon presentation to the Debtor of an appropriate invoice, the Debtor shall pay Claimant's documented attorney's fees and out of pocket costs incurred in connection with prosecution of this Motion; and it is further

**ORDERED**, that the requirement of Rule 9013-1(b) of the Local Bankruptcy Rules that any motion filed shall have an accompanying memorandum of law is waived with respect to the Motion.


Dated: _____, 2010
     New York, New York

                                        UNITED STATED BANKRUPTCY JUDGE