Lawrence. V. Gelber
James T. Bentley
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 595-5955

Counsel for New York City District
Council of Carpenters Benefit Funds

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------- X | | |
| In re: | : | |
| | : | Chapter 7 |
| | : | |
| HRH CONSTRUCTION LLC, *et al.*, | : | Case No. 09-23665 (RDD) |
| | : | |
| Debtor. | : | Jointly Administered |
| ------------------------------------------------------- X | | |

**NOTICE OF ADJOURNMENT OF MOTION OF NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS BENEFIT FUNDS FOR AN ORDER UNDER 11 U.S.C. §§ 503(b)(1)(A) AND 1113(f) DIRECTING DEBTOR TO (I) PAY PENSION AND WELFARE FUND CONTRIBUTIONS INCURRED POST-PETITION AND (II) <u>REMAIN CURRENT IN PAYMENT OF FUTURE CONTRIBUTIONS</u>**

**PLEASE TAKE NOTICE** that the hearing before the United States Bankruptcy Court for the Southern District of New York (the "Court") regarding the Motion of New York City District Council of Carpenters Benefit Funds an Order Under 11 U.S.C.. §§ 503(b)(1)(a) and 1113(f) Directing Debtor to (i) Pay Pension and Welfare Fund Contributions Incurred Post-Petition and (ii) to Remain Current in Payment of Future Contributions originally

DOC ID-17127594.1

scheduled for August 9, has been adjourned by the Court to Tuesday, November 8, 2011 at 10:00 a.m.

Dated: August 3, 2011
New York, New York

                SCHULTE ROTH & ZABEL LLP
                Counsel for New York City District Council of
                Carpenters Benefit Funds


By: \s\ Lawrence V. Gelber
Lawrence V. Gelber
(A Member of the Firm)
James T. Bentley
919 Third Avenue
New York, New York 10022
(212) 756-2000

DOC ID-17127594.1